PROB 12B
(5/2018)

US DISTRICT COURT
WESTERN DISTRICT
OF ARKANSAS

Mar 16, 2026

OFFICE OF THE CLERK

# UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF ARKANSAS

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:   JASON D'JUAN GARFIELD                    Case Number:   2:20CR20015-001

Name of Sentencing Judicial Officer:   The Honorable P.K. Holmes, III, United States District Judge

September 16, 2025:  Case reassigned to the Honorable Susan O. Hickey, United States District Judge

Date of Original Sentence:   May 26, 2021

Original Offense:   Count One: Possession of a Machinegun, in violation of 18 U.S.C. §§ 922(o) and 924(a)(2);

Count Two: Possession of an Unregistered Silencer, in violation of 26 U.S.C. §§ 5845(a)(7), 5861(d), and 5871;

Count Three: Possession by a Prohibited Person, in violation of 18 U.S.C. §§ 922(g)(8) and 924 (a)(2)

Original Sentence:   Seventy-eight (78) months imprisonment, on each count, to run concurrently with each other; three (3) years supervised release on each count, to run concurrently with each other; Mandatory Conditions; Standard Conditions; Mental Health Testing and Treatment; Search Condition; $300 Assessment

September 17, 2025: Conditions modified to include placement in a residential re-entry center for a period of up to 180 days, to commence upon release of imprisonment.

Type of Supervision: Supervised Release          Date Supervision Commenced:  September 25, 2025

## PETITIONING THE COURT

☐  To extend the term of supervision.

☒  To modify the conditions of supervision as follows:

**Addition of Special Condition Four: The defendant shall serve up to an additional 180 days in community confinement, as scheduled, arranged, and approved by the U.S. Probation Office.  The defendant may be allowed to maintain employment and attend all directed mental health and/or substance abuse treatment while in community confinement.**

### CAUSE

Prior to commencement of the current term of supervised release, Mr. Garfield had no viable release plan in the Western District of Arkansas and was considered homeless. Although Mr. Garfield has limited familial support from his maternal grandparents residing in Tulsa, Oklahoma, a direct release placement to the grandparents' residence was denied by the Northern District of Oklahoma (ND/OK) due to the presence of firearms in the home.

GARFIELD, JASON, D'JUAN
2:20CR20015-001
Page 2

Nevertheless, the ND/OK indicated a willingness to accept supervision of Mr. Garfield if he were to be placed at a residential re-entry center (RRC) within their district. Accordingly, on September 17, 2025, the Court ordered a modification of conditions requiring Mr. Garfield to reside in an RRC for a period of up to 180 days following his release from imprisonment to facilitate such placement.

On September 25, 2025, Mr. Garfield's term of supervised release commenced in the ND/OK and, as of this writing, he continues to reside at an RRC facility located in Turley, Oklahoma. Recent communication with his supervising officer in the ND/OK reflects that Mr. Garfield has made positive progress. Specifically, Mr. Garfield has engaged in outpatient treatment programming, remained compliant with all RRC rules and regulations, maintained sobriety, and recently secured employment.

Mr. Garfield's placement at the RRC is scheduled to conclude on March 24, 2026. However, due to the short duration of his employment, he currently lacks the financial means necessary to obtain stable housing. In light of his positive progress, Mr. Garfield, in conjunction with his supervising officer in the ND/OK, respectfully requests a modification of his conditions of supervised release to permit an extension of his RRC placement. RRC staff are also supportive of this request.

The probation officer recommends this modification, as continued placement at the RRC would allow Mr. Garfield additional time to further stabilize his employment while he continues engaging in outpatient treatment services and strengthens the support structure necessary to facilitate a successful and law-abiding transition back into the community.

On March 12, 2026, the above modification was discussed with Mr. Garfield, and he signed Probation Form 49, Waiver of Hearing to Modify Conditions of Probation/Supervised Release, agreeing to the modification.

Approved:                                              Respectfully submitted,

_____                      _____
Tobey Reely                                           Ryan Forsyth
Supervising U.S. Probation Officer                    U.S. Probation Officer Specialist
Date: March 13, 2026                                  Date: March 13, 2026

THE COURT ORDERS:

☐ No action

☐ The extension of supervision as noted above.

☒ The modification of conditions as noted above.

☐ Other

_____
Honorable Susan O. Hickey
Chief United States District Judge

_____
3/16/2026
Date

PROB 49
(8/16)

# United States District Court for
## The Western District of Arkansas

### Waiver of Hearing to Modify Conditions
### of Supervised Release

**Name:**  Jason D'Juan Garfield                                    **Case Number:**  20-CR-2015-001

| **Type of Supervision:** | **Date Supervision Commenced:** | **Date Supervision Expires:** |
|---|---|---|
| Supervised Release | September 25, 2025 | September 24, 2028 |

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervised Release.   By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel.  I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Supervised Release:

The defendant shall serve up to an additional 180 days in community confinement, as scheduled, arranged, and approved by the U. S. Probation Office. The defendant may be allowed to maintain employment and attend all directed mental health and/or substance abuse treatment while in community confinement.

Witness _____

Gabriel Thrasher, Senior
United States Probation Officer

Signed _____

Jason Garfield
Probationer or Supervised Releasee

3/12/26
Date